UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CRAIG JOHNSON,

    Plaintiff,

-vs-                                                Case No. 5:13-cv-441-Oc-30PRL

MARK D. RODRIGUEZ,

    Defendant.
_____/

## O R D E R

The Clerk of Court has twice attempted to mail correspondence to Plaintiff concerning this case, but both times the mail was returned to the Clerk as undeliverable. It is evident that Plaintiff has not advised the Court of his change of address. Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 3, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

c: *pro se* Plaintiff